United States District Court
Southern District of Texas
**ENTERED**
August 17, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **RICARDO H LOPEZ,**<br>**Plaintiff,** | §<br>§<br>§ | |
| **V.** | § | **CIVIL ACTION NO. 5:25-CV-00069** |
| **BED, BATH AND BEYOND, INC., COMENITY CAPITAL BANK, and MIDLAND CREDIT MANAGEMENT, INC.,**<br>**Defendants.** | §<br>§<br>§<br>§<br>§<br>§ | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of the United States Magistrate Judge, (Dkt. No. 42), pertaining to Defendants' Motions to Compel Arbitration. Plaintiff Ricardo Lopez filed their original complaint against Comenity Capital Bank and Midland Credit Management, Inc. on May 9, 2025. (Dkt. No. 1). Defendant Comenity Capital Bank filed a Motion to Compel Arbitration on January 7, 2026, (Dkt. No. 24), and Defendant Midland Credit Management, Inc. filed a Motion to Compel Arbitration on April 2, 2026, (Dkt. No. 30). After the motions were fully briefed, the Court referred both motions to Magistrate Judge Diana Song Quiroga. (Dkt. Nos. 28, 31).

The Magistrate Judge issued her Report and Recommendation on July 24, 2026, (Dkt. No. 42), wherein she recommends that both of Defendants' Motions to Compel Arbitration be granted. (*Id.* at 1–2). Neither Plaintiff nor Defendants filed objections to the Magistrate Judge's Report and Recommendation. Because the parties have not timely objected to the Report and Recommendation, the Court reviews it for clear error. 28 U.S.C. § 636(b)(1); *Douglass v. United Servs. Auto. Ass'n,* 79 F.3d 1415, 1428–29 (5th Cir. 1996).

Finding no abuse of discretion or clearly erroneous findings of fact or conclusions of law, the Court hereby **ADOPTS IN WHOLE** the Report and Recommendation, (Dkt.

No. 42). Defendant Comenity Capital Bank's Motion to Compel Arbitration, (Dkt. No. 24), and Defendant Midland Credit Management, Inc.'s Motion to Compel Arbitration and Incorporated Memorandum of Law, (Dkt. No. 30), are **GRANTED.**

Plaintiff's claims against Defendants Comenity Capital Bank and Midland Credit Management, (Dkt. No. 1), are **STAYED** pending the outcome of arbitration. The parties are **ORDERED** to file an advisory notifying the Court whether an arbitrator has been appointed within thirty days of this Court order. Additionally, the parties are **ORDERED** to file advisories notifying the Court **within ten days** of conducting arbitration and further notifying the Court within **ten days** of receiving the arbitration award.

It is so **ORDERED**.

**SIGNED** on August 17, 2026.

John A. Kazen
United States District Judge